UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ISRAEL ALVAREZ-SUAREZ,<br><br>　　　　　　Defendant. | Case No. 13CR0999-L<br><br>ORDER AND JUDGMENT GRANTING MOTION TO DISMISS |

　　　IT IS HEREBY ORDERED, upon the motion of the United States, and good cause appearing, that the Indictment in the above-entitled case against defendant ISRAEL ALVAREZ-SUAREZ be DISMISSED WITHOUT PREJUDICE.

　　　IT IS SO ORDERED.

DATED: April 11, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge